IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENICE BANGERTER,                          No. 2:04-cv-1510-MCE-KJM-PS

      Plaintiff,

  v.                                       ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

    This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

    On January 30, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any Objections to the Findings and Recommendations were to be filed within twenty (10) days. Neither party has filed Objections to the Findings and Recommendations.

///

1

1    The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5    1.  The Findings and Recommendations filed January 30, 2006,
6 are adopted in full;
7    2.  Plaintiff's Motion for Summary Judgment is denied; and
8    3.  The Commissioner's cross Motion for Summary Judgment is
9 granted.
10 DATED: March 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2